IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN COTTRELL,<br><br>    Plaintiff,<br><br>  v.<br><br>OLD REPUBLIC TITLE INSURANCE COMPANY, et al.,<br><br>    Defendants / | No. C 07-0852 MMC<br><br>**ORDER TERMINATING APPLICATION OF ELECTRONIC CASE FILING PROGRAM TO ACTION** |

     To date, the above-titled action has been governed by General Order No. 45, which requires that documents be filed with the Clerk of the Court electronically under the Electronic Case Filing program.

     Because defendant Ariane Cottrell, who appeared on February 16, 2007 by filing a Request For Extension of Time to Answer Complaint, is not represented by counsel, the Court hereby terminates application of the Electronic Case Filing program to the action. Any further documents filed in the action shall be filed with the Clerk of the Court on paper rather than electronically.

     **IT IS SO ORDERED.**

Dated: March 1, 2007

MAXINE M. CHESNEY
United States District Judge