IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN COTTRELL,<br><br>    Plaintiff,<br><br>  v.<br><br>OLD REPUBLIC TITLE INSURANCE COMPANY, et al.,<br><br>    Defendants<br>_____/ | No. C 07-0852 MMC<br><br>**ORDER GRANTING DEFENDANT ARIANE COTTRELL'S REQUEST FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |

Before the Court is defendant Ariane Cottrell's Request For Extension of Time to Answer Complaint, filed February 16, 2007. Plaintiff has not filed an opposition or other response.

Good cause appearing, defendant's request is hereby GRANTED. Defendant shall file her response to the complaint no later than March 30, 2007.

**IT IS SO ORDERED.**

Dated: March 1, 2007

_____
MAXINE M. CHESNEY
United States District Judge